Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>RED CARPET CAR WASH – MANHATTAN BEACH ASSOCIATES, LTD., a California Limited Partnership; RED CARPET USA, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00103-FLA-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY STIPULATED by and between the Plaintiff James Shayler on the one hand, and Defendants Red Carpet Car Wash - Manhattan Beach Associates, Ltd. and Red Carpet USA, LLC, on the other hand, by themselves

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Red Carpet Car Wash - Manhattan Beach Associates, Ltd. and Red Carpet USA, LLC, from Plaintiff's Complaint, Case Number 2:21-cv-00103-FLA-AFM. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 25, 2021          THE LAW OFFICE OF HAKIMI & SHAHRIARI


By: /s/Peter Shahriari
   Peter Shahriari, Esq.
   Attorneys for Plaintiff, James Shayler


Dated: March 25, 2021          SHORELINE, A LAW CORPORATION


By: /s/Richard G. Stoll
   Richard G. Stoll, Esq.
   Attorneys for Defendants, Red Carpet Car Wash - Manhattan Beach Associates, Ltd. and Red Carpet USA, LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff James Shayler

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS