JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RED CARPET CAR WASH – MANHATTAN BEACH ASSOCIATES, LTD., a California Limited Partnership; RED CARPET USA, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00103-FLA (AFMx)<br><br>*Hon. Fernando L Aenlle−Rocha*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [DKT. 15]**<br><br>Action Filed: January 6, 2021<br>Trial Date:    Not on Calendar |

1

1  Pursuant to the parties' stipulation and Fed. R. Civ. P. 41, the court hereby
2  ORDERS that Plaintiff James Shayler's action against Defendants Red Carpet Car Wash,
3  Manhattan Beach Associates, Ltd. and Red Carpet USA, LLC is dismissed with prejudice
4  in its entirety.  Each party shall bear its own fees and costs.

6  **IT IS SO ORDERED.**

8  Dated:  March 31, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge